# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CIVIL ACTION NO.: 1:18-cv-44-SA-DAS |
| REGINA HALL | DEFENDANT |

## CONSENT JUDGMENT

The parties stipulate and consent to the entry of judgment in favor of Plaintiff United States of America and against Defendant Regina Hall in the sum of $138,455.16 inclusive of $95,145.42 principal, plus accrued interest of $43,309.74 through July 16, 2019, and accruing thereafter to date of judgment at the rate of 6.75 percent per annum. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until the paid in full, but without costs to either party. Defendant Regina Hall agrees that the sum owed, $138,455.16 plus interest, is due and payable in full immediately.

Provided, however, execution shall not issue upon this judgment as long as Defendant Regina Hall pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Regina Hall will be credited to her outstanding debt.

IT IS SO ORDERED this __9th__ day of September, 2019

_Sharion Aycock_
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

WILLIAM C. LAMAR
United States Attorney


/s/ J. Luke Benedict
J. LUKE BENEDICT, MS BAR # 102992
Assistant United States Attorney
Northern District of Mississippi
Ethridge Professional Building
900 Jefferson Avenue
Oxford, Mississippi 38655
Telephone: (662) 234-3351
Email: luke.benedict@usdoj.gov
*Attorney for Plaintiff United States of America*


AGREED TO:

/s/ Thomas M. McElroy
Thomas M. McElroy, MS BAR # 2543
Thomas M. McElroy, P.A.
P.O. Box 1450
Tupelo, MS 38802-1450
Telephone: (662) 842-3723
Email: tmm@tmmcelroypa.net
*Attorney for Defendant Regina Hall*